1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 3:19-cv-05792 |
| | ) | |
| v. | ) | **JOINT STATUS REPORT AND DISCOVERY PLAN** |
| | ) | |
| ARTHUR DITTO, | ) | |
| Defendant. | ) | |

Plaintiff, the United States of America, and defendant Arthur Ditto, by and through their respective undersigned counsel, hereby submit the following Joint Status Report and Discovery Plan, pursuant to the Court's Orders entered on September 25, 2019 and October 31, 2019. Dkt. Nos. 4, 12. The parties provide as follows:

//

Joint Status Report and Discovery Plan
(Case No. 3:19-cv-05792)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6056

1. Nature and Complexity of the Case

The United States commenced this action seeking to reduce to judgment and collect from Arthur Ditto outstanding civil penalties under 31 U.S.C. § 5321(a)(5), commonly known as an FBAR penalty, which were assessed against him, for his willful failure to timely report his financial interest in, and/or his signatory authority over, foreign bank accounts for the 2005 through 2012 calendar years, as required by 31 U.S.C. § 5314 and its implementing regulations, as well as all associated penalties and interest. The total amount due and owing as of August 29, 2017, as alleged in the Complaint, is $3,965,778.00. Dkt. No. 1. On January 3, 2020, Mr. Ditto filed an Answer, alleging, among other things, that he was not properly removed from the OVDP and that he was not willful with regard to his FBAR reporting obligations. Dkt. No. 13.

2. Proposed Deadline for Joining Additional Parties

March 31, 2020.

3. Consent to Assignment to United States Magistrate Judge

No.

4. Discovery Plan

(A) *Initial Disclosures*: The parties will make their initial disclosures on or before February 15, 2020, as ordered by the Court.

(B) *Subjects, Timing, and Potential Phasing of Discovery:* The parties provide that discovery may be needed to determine the establishment of, control and authority over foreign bank accounts by Mr. Ditto, as well as the facts and circumstances surrounding his failure to file FBARs for the years at issue. Mr. Ditto also believes that discovery may be needed to determine whether Mr. Ditto was properly removed

Joint Status Report and Discovery Plan
(Case No. 3:19-cv-05792)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6056

from the OVDP. The United States disputes that such discovery is proper or relevant to any claim or defense.

Discovery does not need to be conducted in phases.

Discovery should be completed by January 15, 2021, with all responses to written discovery due on or before this date. Any Motions to Compel Discovery shall be filed within two weeks of discovery closing, by January 29, 2021.

(C) *Electronically Stored Information:* The parties do not anticipate any issues about disclosure. At this time, because this case is at the onset of discovery, the parties do not anticipate complex issues of ESI. However, as discovery progresses, this may change.

(D) *Privilege Issues:* The parties do not anticipate employing confidentiality or protective orders. When appropriate, the parties will claim the attorney-client privilege and other applicable privileges, and maintain and produce a contemporaneous privilege log.

(E) *Proposed Limitations on Discovery*: No changes should be made in the limitations on discovery imposed under the Federal Rules of Civil Procedure.

(F) *Need for any Discovery Related Orders:* The parties do not require any other orders under Rule 26(c) or 16(b) at this time.

5. Topics set forth in Local Civil Rule 26(f)(1)

(A) *Prompt Case Resolution*: The parties plan on promptly engaging in discovery. The parties further agree to stipulate to as many facts as possible.

Joint Status Report and Discovery Plan
(Case No. 3:19-cv-05792)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6056

(B) *Alternative Dispute Resolution:* While the parties do not intend to engage in ADR at this time, once discovery is completed a settlement conference may be requested.

(C) *Related Cases:* There are no related cases.

(D) *Discovery Management:* The parties plan on promptly engaging in discovery. The parties agree to attempt to resolve discovery disputes informally before contacting the Court.

(E) *Anticipated Discovery Sought:* The parties provide that discovery may be needed to determine the establishment of, control and authority over foreign bank accounts by Mr. Ditto, as well as the facts and circumstances surrounding his failure to file FBARs for the years at issue. Additionally, Mr. Ditto anticipates that discovery may be needed to determine whether he was properly removed from the OVDP. The United States disputes that such discovery is proper or relevant to any claim or defense.

(F) *Phasing Motions:* the parties do not believe phasing motions is necessary in this case. The parties provide that all dispositive Motions should be filed by March 15, 2021.

(G) *Preservation of Discoverable Information:* The undersigned counsel have instructed the parties to properly preserve discoverable information, and do not anticipate at this time any issues related to preservation.

(H) *Privilege Issues:* The parties agree to handle inadvertent disclosures of privileged or protected information as set forth in Fed. R. Evid. 502(b)(3) and Fed. R. Civ. P. 26(b)(5)(B).

Joint Status Report and Discovery Plan
(Case No. 3:19-cv-05792)

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6056

(I) *Model Protocol for Discovery of ESI*: This case may involve the preservation and production of ESI, and the parties are agreeable to the adoption of the Court's Model ESI Agreement.

(J) *Alternatives to Model Protocol:* Not applicable.

6. <u>The date by which discovery can be completed</u>

January 15, 2021, with all responses to written discovery due on or before this date. Any Motions to Compel Discovery shall be filed within two weeks of discovery closing, by January 29, 2021.

7. <u>Bifurcation</u>

The parties agree that the case should not be bifurcated.

8. <u>Pretrial Statements and Pretrial Order</u>

The parties agree that the pretrial statements and pretrial order called for by Local Civil Rules 16(e), (h), (i), and (k), and 16.1 should not be dispensed with.

9. <u>Other Suggestions for Shortening or Simplifying the Case</u>

None at this time.

10. <u>The date the case will be ready for trial</u>

June 30, 2021.

11. <u>Whether the Trial will be Jury or Non-Jury</u>

Arthur Ditto requests a jury trial. The United States provides that whether a jury trial is appropriate would depend on the issues remaining to be adjudicated at trial.

12. <u>Number of Trial Days Required</u>

Joint Status Report and Discovery Plan
(Case No. 3:19-cv-05792)

5

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6056

(K) 5 days. The parties further note that they agree to stipulate to as many facts as possible for trial purposes also.

13. <u>The names, addresses, and telephone numbers of all trial counsel</u>

*For the United States*:

**Rika Valdman**
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: 202-514-6056
Fax: 202-307-0054
rika.valdman@usdoj.gov

*For Arthur Ditto*:

**Sandra R. Brown-Bodner**
**Edward M. Robbins, Jr.**
Hochman, Salkin, Toscher, Perez, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212-3414
Telephone:     (310) 281-3217 (Brown)
               (310) 281-3200 (Robbins)
Email:         brown@taxlitigator.com
               edr@taxlitigator.com

*Local Counsel for Arthur Ditto*:

**John M. Colvin**
719 Second Avenue, Ste 1450
Seattle, WA 98104
206-223-0800 (v)
206-467-8170 (f)
jcomlvin@colvinhallettlaw.com

14. <u>Dates on which the trial counsel may have conflicts in setting a trial date</u>

None at this time.

15. <u>Issues Regarding Service of Process</u>

Joint Status Report and Discovery Plan
(Case No. 3:19-cv-05792)

6

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6056

The only defendant in this case is Arthur Ditto. Mr. Ditto has been served.

16. Scheduling Conference

The parties provide that a scheduling conference before the Court enters a scheduling order is not needed in this case.

17. Disclosure Statement by Nongovernmental Corporate Parties

There are no nongovernmental corporate parties in this case.

Dated: January 29, 2020

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Rika Valdman*
RIKA VALDMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: 202-514-6056
Fax: 202-307-0054
rika.valdman@usdoj.gov

BRIAN T. MORAN
United States Attorney
Western District of Washington
*Of Counsel*

*Attorneys for the United States of America*

Dated: January 27, 2020

*/s/ Sandra R. Brown-Bodner*
SANDRA R. BROWN-BODNER
EDWARD M. ROBBINS, JR.
Hochman, Salkin, Toscher, Perez, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212-3414
Telephone:   (310) 281-3217 (Brown)
             (310) 281-3200 (Robbins)
Email: brown@taxlitigator.com
       edr@taxlitigator.com

Joint Status Report and Discovery Plan
(Case No. 3:19-cv-05792)

7

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6056

JOHN M. COLVIN
*Local Counsel*
719 Second Avenue, Ste 1450
Seattle, WA 98104
206-223-0800 (v)
206-467-8170 (f)
jcomlvin@colvinhallettlaw.com

*Attorneys for Arthur Ditto*