|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff(s),<br><br>v.<br><br>ARTHUR DITTO,<br><br>  Defendant(s). | CASE NO.<br>3:19−cv−05792−DGE<br><br>MINUTE ORDER REASSIGNING CASE |
|---|---|

This action has been assigned to the Honorable David G. Estudillo, United States District Judge. All future documents filed in this case must bear the cause number 3:19−cv−05792−DGE and bear the Judge's name in the upper right hand corner of the document.

DATED October 18, 2021

                                                Ravi Subramanian
                                                Clerk of Court

                                                By:  /s/ Gretchen Craft
                                                         Deputy Clerk